**Order issued August 22, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-01054-CV

———————————

**MILLENNIUM ENERGY GROUP, LLC AND CRAIG N. KITCHEN,**
**Appellant**

**V.**

**JOHN J. NORKUS, JR., ENSIGN INVESTMENTS, LLC, JON WASHAM,**
**MIKE R. GILBERT AND RUTH LEWIS WASHAM, Appellees**

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Case No. 1201796

## MEMORANDUM ORDER OF DISMISSAL

E.R. (Ned) Turnbull, counsel for appellants, Millennium Energy Group,

LLC ("Millennium") and Craig N. Kitchen, has filed a motion to withdraw as

appellate counsel. On June 27, 2013, this Court granted Turnbull's motion to withdraw. Because a corporation may be represented only by a licensed attorney in the prosecution of its appeal, Millennium is required to retain licensed counsel if it desires to prosecute its appeal. *See Moore v. Elektro-Mobile Technik GmbH*, 874 S.W.2d 324, 327 (Tex. App.—El Paso 1994, writ denied). We ordered that any new counsel representing Millennium in this appeal file a notice of representation with the Clerk of this Court by July 19, 2013, and, we notified Millennium that if no such notice was filed, its appeal would be dismissed. No such notice has been filed.

We DISMISS Millennium's appeal. *See* TEX. R. APP. P. 42.3(b). Kitchen's appeal remains on the Court's docket.

It is so ORDERED.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.